UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARIA SANTINO and GIUSEPPE SANTINO,**<br><br>　　　　　　　　　Plaintiffs,<br><br>-vs-<br><br>**NCO FINANCIAL SYSTEMS, INC.,**<br><br>　　　　　　　　　Defendant. | *Civil Action No. 09-CV-0982* |

### STIPULATION FOR DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that whereas neither party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action be discontinued as against Defendant NCO Financial Systems, Inc., with prejudice, without costs to any party as against the others.

Dated: April 20, 2011

/s/Frank J. Borgese
**Frank J. Borgese, Esq**
Graham Law, P.C.
*Attorneys for Plaintiffs*
1207 Delaware Ave., Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com

/s/Michael Del Valle
**Michael Del Valle, Esq.**
Sessions Law Firm
*Attorneys for Defendant*
130 John Muir Dr, Suite 106
Amherst, NY 14228-1148
mdelvalle@sessions-law.biz

So ordered.

JOHN T. CURTIN
United States Distrct Judge

Dated: September 28, 2011